United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 06-20128
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

GUSTAVO SANCHEZ-RIVERA,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:99-CR-479-All
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender has moved for leave to withdraw
from representation of Gustavo Sanchez-Rivera and has filed a
brief in accordance with <u>Anders v. California</u>, 386 U.S. 738
(1967).  Sanchez-Rivera has not responded to counsel's motion and
brief.  Our independent review of the record and counsel's brief
shows that there are no nonfrivolous issues for appeal.
Accordingly, the motion for leave to withdraw is GRANTED, counsel
is excused from further responsibilities herein, and this APPEAL
IS DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.

———————————————

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.